# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ILENE RICHMAN, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiffs,

      v.

GOLDMAN SACHS GROUP, INC., LLOYD C.
BLANKFEIN, DAVID A. VINIAR and GARY D.
COHN,

        Defendants.

Civil Action No.  1:10 CIV 3461

(caption continued on subsequent pages)

# NOTICE OF MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S CHOICE OF CO-LEAD COUNSEL

HOWARD SORKIN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

        v.

GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, DAVID A. VINIAR and GARY D. COHN,

        Defendants.

Civil Action No.  1:10 CIV 3493

---

DR. EHSAN AFSHANI, On Behalf of Himself and All Others Similarly Situated,

        Plaintiffs,

        v.

GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, DAVID A. VINIAR and GARY D. COHN,

        Defendants.

Civil Action No. 1:10 CIV 3616

|  |  |
|---|---|
| LOUIS GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, DAVID A. VINIAR and GARY D. COHN,<br><br>        Defendants. | No. 1:10 CV 4786 |
| THOMAS DRAFT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOLDMAN SACHS GROUP, INC., LLOYD C. BLANKFEIN, DAVID A. VINIAR, GARY D. COHN and SARAH E. SMITH,<br><br>        Defendants. | No. 1:10 CV 4812 |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Paul A. Crotty, at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, the Institutional Investor Group will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order appointing the Institutional Investor Group as Lead Plaintiff in the above-captioned actions, approving its choice of law firms of Bernstein Litowitz Berger & Grossmann LLP and Grant & Eisenhofer P.A. as Co-Lead Counsel for the Class, and consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.  The Institutional Investor Group intends to demonstrate that it satisfies the relevant requirements of the PSLRA and, thus, should be appointed Lead Plaintiff.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Gerald H. Silk filed herewith, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investor Group respectfully requests that the Court: (1) appoint the Institutional Investor Group as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of Co-Lead Counsel for the Class; (3) consolidate all related actions; and (4) grant such other and further relief as the Court may deem just and proper.

DATED:      June 25, 2010
            New York, New York

                                    Respectfully submitted,

                                    **BERNSTEIN LITOWITZ BERGER**
                                    **  & GROSSMANN LLP**

                                    By:  ___/s/ Gerald H. Silk_____
                                          Gerald H. Silk (GS-4565)
                                          Avi Josefson (AJ-3532)
                                          Laurence J. Hasson (LH-5834)
                                    1285 Avenue of the Americas, 38th Floor
                                    New York, New York 10019
                                    Tel: 212-554-1400
                                    Fax: 212-554-1444

                                    *Counsel for the Institutional Investor Group*
                                    *and Proposed Co-Lead Counsel for the Class*

                                    **GRANT & EISENHOFER P.A.**
                                    Jay W. Eisenhofer
                                    Geoffrey C. Jarvis
                                    Hung G. Ta
                                    485 Lexington Ave 29th Floor
                                    New York, New York 10017
                                    Tel: (646) 722-8500
                                    Fax: (646) 722-8501

                                    *Counsel for the Institutional Investor Group*
                                    *and Proposed Co-Lead Counsel for the Class*

                                    **BARRACK, RODOS & BACINE**
                                    Leonard Barrack
                                    Daniel E. Bacine
                                    M. Richard Komins
                                    Two Commerce Square
                                    2001 Market Street
                                    Suite 3300
                                    Philadelphia, PA 19103
                                    Telephone: ((215) 963-0600
                                    Facsimile:   (212) 963-0838

                                    **BARRACK, RODOS & BACINE**
                                    A. Arnold Gershon
                                    William J. Ban
                                    1350 Broadway

Suite 1001
New York, NY 10018
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

*Additional Counsel for Montana Board of
Investments*

**BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP**
Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Additional Counsel for Sampension KP
Livsforsikring A/S*