**Ex. A**

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Carroll South, on behalf of Montana Board of Investments ("Montana BOI"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Montana BOI. I have reviewed a complaint filed in this matter. Montana has authorized counsel to file a motion for appointment as lead plaintiff on its behalf.

2. Montana BOI did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Montana BOI is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Montana BOI fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Montana BOI's transactions in the Goldman Sachs Group, Inc. Common Stock that is the subject of this action are set forth in the chart attached hereto.

5. Montana BOI has not sought to serve as a lead plaintiff and representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification

6. Montana BOI will not accept any payment for serving as a representative party on behalf of the Class beyond Montana BOI's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of June 2010.

Carroll South
Executive Director
*Montana Board of Investments*

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/24/2007 | 15,000 | $217.1952 |
| Purchase | 1/29/2007 | 10,000 | $213.5484 |
| Purchase | 1/31/2007 | 6,000 | $210.0232 |
| Purchase | 2/8/2007 | 300 | $213.5624 |
| Purchase | 2/28/2007 | 7,000 | $200.0716 |
| Purchase | 3/7/2007 | 4,000 | $198.0862 |
| Purchase | 3/19/2007 | 5,000 | $201.3804 |
| Purchase | 3/21/2007 | 10,000 | $205.8306 |
| Purchase | 6/27/2007 | 700 | $215.3772 |
| Purchase | 7/16/2007 | 3,120 | $220.9679 |
| Purchase | 7/17/2007 | 700 | $219.4191 |
| Purchase | 7/17/2007 | 3,080 | $221.3709 |
| Purchase | 7/19/2007 | 3,000 | $216.0373 |
| Purchase | 7/25/2007 | 800 | $200.7459 |
| Purchase | 8/6/2007 | 1,500 | $178.0813 |
| Purchase | 8/10/2007 | 700 | $179.9479 |
| Purchase | 8/31/2007 | 700 | $174.6450 |
| Purchase | 8/31/2007 | 300 | $174.7927 |
| Purchase | 9/6/2007 | 300 | $177.9329 |
| Purchase | 9/20/2007 | 2,800 | $208.7875 |
| Purchase | 10/10/2007 | 3,450 | $237.5237 |
| Purchase | 10/11/2007 | 1,850 | $236.8918 |
| Purchase | 10/12/2007 | 1,150 | $230.5894 |
| Purchase | 10/22/2007 | 1,950 | $217.4694 |
| Purchase | 10/24/2007 | 1,450 | $224.8338 |
| Purchase | 10/26/2007 | 1,850 | $231.7911 |
| Purchase | 11/1/2007 | 1,050 | $241.4426 |
| Purchase | 11/2/2007 | 1,450 | $228.3181 |
| Purchase | 11/20/2007 | 1,300 | $218.2203 |
| Purchase | 2/14/2008 | 13,454 | $176.5600 |
| Purchase | 2/21/2008 | 200 | $175.8197 |
| Purchase | 2/25/2008 | 400 | $174.3864 |
| Purchase | 3/4/2008 | 1,300 | $162.4077 |
| Purchase | 3/7/2008 | 600 | $157.9663 |
| Purchase | 3/7/2008 | 2,500 | $159.4074 |
| Purchase | 3/12/2008 | 1,232 | $167.3403 |
| Purchase | 3/17/2008 | 2,300 | $146.8641 |
| Purchase | 4/1/2008 | 200 | $174.1354 |
| Purchase | 4/4/2008 | 100 | $176.1885 |
| Purchase | 4/18/2008 | 500 | $180.2638 |
| Purchase | 4/18/2008 | 100 | $179.0420 |
| Purchase | 5/2/2008 | 3,100 | $202.0139 |
| Purchase | 5/13/2008 | 602 | $191.6284 |
| Purchase | 6/3/2008 | 1,100 | $171.7998 |
| Purchase | 6/9/2008 | 500 | $164.6998 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/9/2008 | 600 | $164.4198 |
| Purchase | 6/24/2008 | 600 | $182.9312 |
| Purchase | 6/24/2008 | 2,600 | $180.4595 |
| Purchase | 7/1/2008 | 600 | $175.0557 |
| Purchase | 7/11/2008 | 400 | $164.0074 |
| Purchase | 7/30/2008 | 512 | $186.3383 |
| Purchase | 8/5/2008 | 3,600 | $180.4060 |
| Purchase | 8/5/2008 | 200 | $176.8519 |
| Purchase | 8/6/2008 | 1,175 | $179.9938 |
| Purchase | 8/8/2008 | 1,350 | $177.6875 |
| Purchase | 8/11/2008 | 1,550 | $176.8462 |
| Purchase | 8/11/2008 | 1,775 | $181.0982 |
| Purchase | 8/12/2008 | 500 | $169.7085 |
| Purchase | 8/22/2008 | 500 | $160.0504 |
| Purchase | 8/22/2008 | 950 | $159.0647 |
| Purchase | 8/28/2008 | 100 | $159.4499 |
| Purchase | 8/28/2008 | 100 | $159.3898 |
| Purchase | 8/28/2008 | 100 | $159.4998 |
| Purchase | 8/28/2008 | 100 | $159.5203 |
| Purchase | 8/28/2008 | 400 | $159.3181 |
| Purchase | 8/28/2008 | 200 | $159.4636 |
| Purchase | 8/28/2008 | 200 | $159.6587 |
| Purchase | 8/28/2008 | 100 | $159.5849 |
| Purchase | 8/29/2008 | 100 | $162.7778 |
| Purchase | 8/29/2008 | 1,875 | $162.2461 |
| Purchase | 8/29/2008 | 100 | $162.8982 |
| Purchase | 8/29/2008 | 100 | $162.7948 |
| Purchase | 8/29/2008 | 100 | $162.7667 |
| Purchase | 8/29/2008 | 100 | $162.7342 |
| Purchase | 8/29/2008 | 100 | $162.8482 |
| Purchase | 8/29/2008 | 760 | $162.6500 |
| Purchase | 9/8/2008 | 870 | $169.2642 |
| Purchase | 9/8/2008 | 100 | $168.9489 |
| Purchase | 9/8/2008 | 100 | $168.8195 |
| Purchase | 9/15/2008 | 600 | $134.8145 |
| Purchase | 9/15/2008 | 700 | $132.1012 |
| Purchase | 9/18/2008 | 911 | $114.3447 |
| Purchase | 9/19/2008 | 2,485 | $142.1231 |
| Purchase | 9/19/2008 | 700 | $127.8237 |
| Purchase | 9/19/2008 | 5 | $133.1716 |
| Purchase | 9/22/2008 | 800 | $126.3861 |
| Purchase | 9/22/2008 | 200 | $126.3861 |
| Purchase | 9/22/2008 | 540 | $126.3861 |
| Purchase | 9/22/2008 | 2,200 | $121.5890 |
| Purchase | 9/24/2008 | 300 | $123.0000 |
| Purchase | 9/24/2008 | 1,400 | $123.0000 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 9/24/2008 | 600 | $123.0000 |
| Purchase | 9/25/2008 | 1,392 | $134.3719 |
| Purchase | 9/25/2008 | 820 | $134.3719 |
| Purchase | 9/30/2008 | 1,000 | $128.4251 |
| Purchase | 10/7/2008 | 386 | $118.9976 |
| Purchase | 10/8/2008 | 700 | $114.0457 |
| Purchase | 10/24/2008 | 379 | $98.9288 |
| Purchase | 10/28/2008 | 3 | $86.3300 |
| Purchase | 10/29/2008 | 1,200 | $97.7947 |
| Purchase | 10/31/2008 | 1,800 | $89.5176 |
| Purchase | 11/5/2008 | 763 | $92.8945 |
| Purchase | 11/11/2008 | 966 | $70.7405 |
| Purchase | 11/14/2008 | 300 | $66.5860 |
| Purchase | 11/14/2008 | 700 | $66.0809 |
| Purchase | 11/21/2008 | 1,400 | $50.0180 |
| Purchase | 12/4/2008 | 856 | $68.9282 |
| Purchase | 12/5/2008 | 1,821 | $65.5520 |
| Purchase | 12/15/2008 | 729 | $65.8483 |
| Purchase | 12/17/2008 | 913 | $78.9494 |
| Purchase | 12/17/2008 | 918 | $79.7666 |
| Purchase | 12/19/2008 | 855 | $79.6570 |
| Purchase | 12/22/2008 | 2,300 | $79.0314 |
| Purchase | 12/22/2008 | 800 | $77.7944 |
| Purchase | 12/22/2008 | 900 | $77.6757 |
| Purchase | 1/8/2009 | 1,600 | $84.7734 |
| Purchase | 1/8/2009 | 200 | $83.5329 |
| Purchase | 1/15/2009 | 1,400 | $71.2353 |
| Purchase | 1/20/2009 | 400 | $64.7617 |
| Purchase | 1/20/2009 | 900 | $62.3103 |
| Purchase | 1/20/2009 | 1,300 | $60.9700 |
| Purchase | 1/21/2009 | 157 | $66.2623 |
| Purchase | 1/27/2009 | 500 | $77.8934 |
| Purchase | 2/2/2009 | 763 | $83.5000 |
| Purchase | 2/3/2009 | 1,000 | $81.1100 |
| Purchase | 2/4/2009 | 1,547 | $88.0479 |
| Purchase | 2/6/2009 | 1,042 | $93.9227 |
| Purchase | 2/10/2009 | 1,400 | $96.9030 |
| Purchase | 2/10/2009 | 1,656 | $96.2340 |
| Purchase | 2/12/2009 | 136 | $92.9108 |
| Purchase | 2/13/2009 | 200 | $96.7810 |
| Purchase | 2/13/2009 | 100 | $97.2993 |
| Purchase | 2/24/2009 | 900 | $84.8480 |
| Purchase | 3/6/2009 | 800 | $76.5549 |
| Purchase | 3/6/2009 | 300 | $83.7071 |
| Purchase | 3/12/2009 | 89 | $91.1902 |
| Purchase | 3/12/2009 | 1,311 | $92.7143 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/17/2009 | 2,570 | $95.1507 |
| Purchase | 3/19/2009 | 479 | $102.0334 |
| Purchase | 3/27/2009 | 400 | $110.2815 |
| Purchase | 4/14/2009 | 2,100 | $123.0000 |
| Purchase | 4/14/2009 | 490 | $117.8539 |
| Purchase | 4/15/2009 | 600 | $118.1751 |
| Purchase | 4/15/2009 | 34 | $118.3795 |
| Purchase | 4/21/2009 | 1,219 | $119.2243 |
| Purchase | 4/21/2009 | 819 | $117.0289 |
| Purchase | 5/20/2009 | 4,200 | $138.0600 |
| Purchase | 6/18/2009 | 1,000 | $143.0300 |
| Purchase | 7/9/2009 | 300 | $143.9485 |
| Purchase | 7/14/2009 | 1,200 | $150.4061 |
| Purchase | 7/16/2009 | 12,127 | $154.8778 |
| Purchase | 7/30/2009 | 1,000 | $163.5917 |
| Purchase | 8/3/2009 | 1,100 | $165.2783 |
| Purchase | 8/4/2009 | 400 | $164.8353 |
| Purchase | 8/4/2009 | 556 | $164.3476 |
| Purchase | 8/7/2009 | 1,020 | $164.9952 |
| Purchase | 8/7/2009 | 500 | $162.9964 |
| Purchase | 8/7/2009 | 558 | $167.5205 |
| Purchase | 8/18/2009 | 481 | $160.2443 |
| Purchase | 8/19/2009 | 899 | $159.0746 |
| Purchase | 8/20/2009 | 400 | $162.2045 |
| Purchase | 8/20/2009 | 520 | $161.7179 |
| Purchase | 8/21/2009 | 600 | $164.4734 |
| Purchase | 8/21/2009 | 555 | $163.5394 |
| Purchase | 8/27/2009 | 500 | $164.7163 |
| Purchase | 8/31/2009 | 1,700 | $162.6162 |
| Purchase | 9/1/2009 | 786 | $161.9402 |
| Purchase | 9/2/2009 | 100 | $158.5000 |
| Purchase | 9/2/2009 | 400 | $158.2077 |
| Purchase | 9/3/2009 | 13,000 | $161.6600 |
| Purchase | 9/3/2009 | 1,500 | $161.6600 |
| Purchase | 9/8/2009 | 400 | $166.5361 |
| Purchase | 9/17/2009 | 1,860 | $182.3161 |
| Purchase | 9/18/2009 | 1,200 | $183.0732 |
| Purchase | 9/22/2009 | 610 | $184.7583 |
| Purchase | 9/24/2009 | 1,977 | $184.8900 |
| Purchase | 9/30/2009 | 100 | $182.8305 |
| Purchase | 9/30/2009 | 740 | $183.9088 |
| Purchase | 10/1/2009 | 100 | $180.4500 |
| Purchase | 10/2/2009 | 1,010 | $180.5727 |
| Purchase | 10/2/2009 | 700 | $180.1575 |
| Purchase | 10/6/2009 | 710 | $188.6913 |
| Purchase | 10/7/2009 | 1,408 | $189.0763 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/29/2009 | 1,470 | $177.9146 |
| Purchase | 11/5/2009 | 800 | $172.8491 |
| Purchase | 11/9/2009 | 1,210 | $175.6449 |
| Purchase | 11/13/2009 | 1,300 | $177.0547 |
| Purchase | 12/15/2009 | 1,700 | $163.7369 |
| Purchase | 12/18/2009 | 1,600 | $162.5889 |
| Purchase | 12/21/2009 | 1,080 | $164.7779 |
| Purchase | 12/30/2009 | 970 | $166.6989 |
| Purchase | 12/31/2009 | 1,300 | $169.2495 |
| Purchase | 1/21/2010 | 300 | $161.7190 |
| Purchase | 1/22/2010 | 800 | $153.9537 |
| Purchase | 1/28/2010 | 1,100 | $153.0156 |
| Purchase | 2/3/2010 | 1,300 | $159.5735 |
| Purchase | 2/4/2010 | 300 | $152.0834 |
| Purchase | 2/4/2010 | 200 | $152.2293 |
| Purchase | 2/26/2010 | 1,500 | $156.2655 |
| Purchase | 3/10/2010 | 880 | $171.1959 |
| Purchase | 3/17/2010 | 394 | $177.2072 |
| Purchase | 4/1/2010 | 100 | $169.9882 |
| Purchase | 4/1/2010 | 1,400 | $171.0579 |
| Purchase | 4/1/2010 | 1,000 | $169.9882 |
| Purchase | 4/5/2010 | 4,072 | $172.3913 |
| Purchase | 4/8/2010 | 5,147 | $177.3649 |
| Purchase | 4/13/2010 | 200 | $178.6911 |
| Purchase | 4/13/2010 | 200 | $179.5028 |
| Purchase | 4/13/2010 | 2,000 | $179.5435 |
| Purchase | 4/13/2010 | 2,600 | $178.4286 |
| Purchase | 4/13/2010 | 3,595 | $178.6323 |
| Purchase | 4/15/2010 | 2,669 | $184.7586 |
| Purchase | 4/16/2010 | 1,100 | $181.2264 |
| Purchase | 4/27/2010 | 2,700 | $152.8110 |
| Purchase | 5/14/2010 | 942 | $143.0523 |
| Purchase | 6/2/2010 | 500 | $143.2583 |
| Purchase | 6/4/2010 | 200 | $144.0472 |
| Purchase | 6/9/2010 | 500 | $137.7138 |
| Sale | 3/19/2007 | (400) | $202.1463 |
| Sale | 3/27/2007 | (300) | $209.9386 |
| Sale | 4/9/2007 | (500) | $208.4496 |
| Sale | 4/27/2007 | (600) | $223.6387 |
| Sale | 4/27/2007 | (500) | $224.1508 |
| Sale | 5/8/2007 | (200) | $224.5520 |
| Sale | 5/10/2007 | (5,000) | $224.6503 |
| Sale | 5/24/2007 | (800) | $228.5750 |
| Sale | 5/24/2007 | (4,900) | $227.9735 |
| Sale | 5/24/2007 | (200) | $225.6800 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 6/7/2007 | (800) | $221.1012 |
| Sale | 6/14/2007 | (300) | $227.4061 |
| Sale | 7/31/2007 | (24,000) | $198.0000 |
| Sale | 8/2/2007 | (100) | $186.6045 |
| Sale | 8/14/2007 | (2,400) | $175.2545 |
| Sale | 9/24/2007 | (1,300) | $213.4047 |
| Sale | 10/2/2007 | (1,100) | $225.2673 |
| Sale | 10/9/2007 | (400) | $227.9597 |
| Sale | 10/10/2007 | (600) | $236.7345 |
| Sale | 10/10/2007 | (400) | $237.4357 |
| Sale | 10/23/2007 | (200) | $221.8690 |
| Sale | 10/26/2007 | (600) | $232.3975 |
| Sale | 11/13/2007 | (700) | $229.3704 |
| Sale | 12/31/2007 | (400) | $212.5872 |
| Sale | 1/17/2008 | (500) | $193.8158 |
| Sale | 1/22/2008 | (100) | $187.4096 |
| Sale | 1/22/2008 | (600) | $189.9446 |
| Sale | 1/28/2008 | (200) | $194.5330 |
| Sale | 2/5/2008 | (2,000) | $193.1439 |
| Sale | 2/8/2008 | (100) | $189.5612 |
| Sale | 2/12/2008 | (1,575) | $184.6763 |
| Sale | 2/12/2008 | (2,500) | $183.6134 |
| Sale | 2/15/2008 | (11,054) | $176.2470 |
| Sale | 2/15/2008 | (2,350) | $174.8076 |
| Sale | 2/20/2008 | (1,550) | $172.4211 |
| Sale | 2/29/2008 | (1,875) | $171.9839 |
| Sale | 3/3/2008 | (200) | $166.4642 |
| Sale | 3/5/2008 | (1,925) | $164.3781 |
| Sale | 3/7/2008 | (2,075) | $157.7266 |
| Sale | 3/11/2008 | (2,150) | $161.0340 |
| Sale | 3/11/2008 | (300) | $159.0669 |
| Sale | 3/19/2008 | (400) | $173.2498 |
| Sale | 5/1/2008 | (400) | $193.3743 |
| Sale | 5/19/2008 | (602) | $186.1400 |
| Sale | 7/23/2008 | (2,120) | $187.4660 |
| Sale | 9/11/2008 | (100) | $156.9990 |
| Sale | 9/17/2008 | (1,531) | $117.8104 |
| Sale | 10/10/2008 | (1,325) | $84.9434 |
| Sale | 10/10/2008 | (825) | $93.0000 |
| Sale | 10/14/2008 | (1,500) | $122.0638 |
| Sale | 10/14/2008 | (600) | $121.0382 |
| Sale | 10/15/2008 | (1,300) | $116.7021 |
| Sale | 10/16/2008 | (521) | $105.4143 |
| Sale | 10/22/2008 | (600) | $116.8401 |
| Sale | 10/23/2008 | (800) | $107.8328 |
| Sale | 10/23/2008 | (808) | $105.7176 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 10/23/2008 | (625) | $103.7840 |
| Sale | 10/23/2008 | (375) | $106.8500 |
| Sale | 10/23/2008 | (1,275) | $106.4203 |
| Sale | 10/27/2008 | (287) | $94.4835 |
| Sale | 10/28/2008 | (1,175) | $87.2489 |
| Sale | 10/29/2008 | (1,480) | $90.6157 |
| Sale | 10/30/2008 | (1,500) | $92.8924 |
| Sale | 11/4/2008 | (1,100) | $88.3879 |
| Sale | 11/4/2008 | (1,200) | $87.9784 |
| Sale | 11/4/2008 | (912) | $91.7222 |
| Sale | 11/6/2008 | (2,200) | $83.1922 |
| Sale | 11/7/2008 | (2,175) | $77.0731 |
| Sale | 11/7/2008 | (8,155) | $77.0227 |
| Sale | 11/7/2008 | (645) | $75.9250 |
| Sale | 11/10/2008 | (966) | $73.7763 |
| Sale | 11/12/2008 | (300) | $66.7560 |
| Sale | 11/17/2008 | (3,008) | $63.2993 |
| Sale | 11/20/2008 | (398) | $55.2074 |
| Sale | 11/21/2008 | (200) | $51.8924 |
| Sale | 12/29/2008 | (900) | $75.6877 |
| Sale | 1/6/2009 | (3,126) | $90.9643 |
| Sale | 1/14/2009 | (2,066) | $75.4749 |
| Sale | 1/16/2009 | (200) | $73.8365 |
| Sale | 2/3/2009 | (1,400) | $81.1049 |
| Sale | 2/6/2009 | (400) | $93.5773 |
| Sale | 2/6/2009 | (100) | $93.6481 |
| Sale | 2/6/2009 | (100) | $93.7000 |
| Sale | 2/6/2009 | (1,500) | $93.4505 |
| Sale | 2/17/2009 | (100) | $91.2649 |
| Sale | 2/17/2009 | (5,200) | $90.1106 |
| Sale | 2/17/2009 | (500) | $90.1106 |
| Sale | 2/17/2009 | (100) | $91.2649 |
| Sale | 2/27/2009 | (658) | $91.3528 |
| Sale | 2/27/2009 | (700) | $91.3528 |
| Sale | 3/2/2009 | (800) | $87.0716 |
| Sale | 3/2/2009 | (3,200) | $87.6941 |
| Sale | 3/2/2009 | (1,460) | $87.6941 |
| Sale | 3/3/2009 | (774) | $83.7556 |
| Sale | 3/10/2009 | (170) | $83.5984 |
| Sale | 4/30/2009 | (200) | $126.8818 |
| Sale | 5/7/2009 | (859) | $135.6078 |
| Sale | 5/7/2009 | (1,200) | $137.2183 |
| Sale | 5/13/2009 | (560) | $132.6973 |
| Sale | 6/26/2009 | (200) | $147.8622 |
| Sale | 7/8/2009 | (1,300) | $138.1188 |
| Sale | 7/9/2009 | (966) | $142.3340 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 7/13/2009 | (500) | $148.0791 |
| Sale | 7/13/2009 | (532) | $148.7137 |
| Sale | 7/23/2009 | (200) | $162.6270 |
| Sale | 10/5/2009 | (1,189) | $186.0824 |
| Sale | 10/7/2009 | (1,400) | $189.5402 |
| Sale | 10/8/2009 | (1,426) | $190.9767 |
| Sale | 10/12/2009 | (6,745) | $189.7808 |
| Sale | 10/12/2009 | (1,600) | $189.7808 |
| Sale | 10/14/2009 | (1,413) | $190.9883 |
| Sale | 10/21/2009 | (2,100) | $184.9780 |
| Sale | 1/8/2010 | (800) | $175.8129 |
| Sale | 1/8/2010 | (1,500) | $175.8270 |
| Sale | 1/19/2010 | (2,000) | $165.9650 |
| Sale | 1/21/2010 | (2,700) | $166.8201 |
| Sale | 1/21/2010 | (600) | $158.8692 |
| Sale | 1/21/2010 | (1,053) | $160.5000 |
| Sale | 3/9/2010 | (1,200) | $168.8031 |
| Sale | 3/10/2010 | (600) | $171.6426 |
| Sale | 3/15/2010 | (860) | $171.0707 |
| Sale | 3/17/2010 | (400) | $177.0228 |
| Sale | 4/16/2010 | (2,200) | $163.4296 |
| Sale | 4/16/2010 | (1,800) | $161.9798 |
| Sale | 4/16/2010 | (3,600) | $160.5007 |
| Sale | 4/19/2010 | (300) | $159.0121 |
| Sale | 4/19/2010 | (500) | $158.3667 |
| Sale | 4/19/2010 | (400) | $159.0121 |
| Sale | 4/19/2010 | (500) | $158.3667 |
| Sale | 4/20/2010 | (1,800) | $161.0697 |
| Sale | 4/20/2010 | (1,900) | $162.6353 |
| Sale | 4/26/2010 | (1,264) | $153.4181 |
| Sale | 4/26/2010 | (6,236) | $153.1182 |
| Sale | 4/29/2010 | (5,300) | $159.2536 |
| Sale | 4/29/2010 | (1,000) | $159.2536 |
| Sale | 4/29/2010 | (100) | $159.2550 |
| Sale | 4/29/2010 | (800) | $159.2550 |
| Sale | 4/29/2010 | (1,963) | $159.0338 |
| Sale | 4/29/2010 | (339) | $159.0338 |
| Sale | 4/30/2010 | (1,900) | $149.2447 |
| Sale | 5/7/2010 | (1,610) | $142.3331 |
| Sale | 5/10/2010 | (840) | $142.9292 |
| Sale | 5/11/2010 | (1,950) | $142.2060 |
| Sale | 5/12/2010 | (1,280) | $143.3932 |
| Sale | 5/12/2010 | (4,078) | $144.2836 |
| Sale | 5/13/2010 | (1,330) | $145.8505 |
| Sale | 5/17/2010 | (1,520) | $142.2307 |
| Sale | 5/18/2010 | (1,410) | $142.7081 |

**Montana Board of Investments**
**Transactions in Goldman Sachs Group, Inc. (GS)**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 5/24/2010 | (1,073) | $140.4481 |
| Sale | 5/26/2010 | (1,829) | $140.3948 |
| Sale | 5/28/2010 | (1,100) | $145.4957 |

## CERTIFICATION ON BEHALF OF METZLER INVESTMENT GmbH

The undersigned, Stefanie Buchmann and Matthias Plewnia, as the authorized signatories of Metzler Investment GmbH ("Metzler"), make this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and states as follows:

1.     We have reviewed the Complaint against Goldman Sachs Group, Inc. ("Goldman"), Lloyd C. Blankfein, David A. Viniar and Gary D. Cohn. We are duly authorized to make this Certification on behalf of Metzler and have authorized the filing of a motion seeking appointment of Metzler as a lead plaintiff.

2.     We have reviewed the records of Metzler's transactions in the securities of Goldman for the proposed class period of December 14, 2006 through June 9, 2010 ("Class Period"). Attached as **Schedule A** to this Certification is a list of Metzler's transactions in the securities of Goldman during the Class Period.

3.     Metzler did not purchase the securities of Goldman at the direction of counsel nor in order to participate in any private action arising under the U.S. federal securities laws. Metzler invested in Goldman securities solely for its own business purposes.

4.     Metzler is willing to serve as a lead plaintiff in a representative capacity on behalf of the proposed class of persons who purchased Goldman securities during the Class Period, including providing testimony at deposition and trial, if necessary.

5.     During the three-year period preceding the date of this Certification, Metzler sought to serve (but was not appointed) as a representative party for a class in the following class action under the federal securities laws:

*Borochoff v. GlaxoSmithKline plc et al.*, 07 Civ. 5574 (S.D.N.Y. 2007)

6.      Metzler will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except as ordered and approved by the Court.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 24, 2010

Metzler Investment GmbH


**Matthias Plewnia**
**Managing Director**


**Stefanie Buchmann**
**Corporate Counsel**

2

## Metzler MI — Transactions in Goldman Sachs

**CUSIP:** 38141G104
**Ticker:** GS
**Class Period:** December 14, 2006 through June 9, 2010

| Class Period Purchases | | | Class Period Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |

**MI-FONDS 178 / ENVIA AG**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 08/07/09 | 1,495 | $165.59 | 09/02/09 | 209 | $159.45 |
| 10/14/09 | 540 | $193.22 | 12/14/09 | 69 | $166.10 |
| 10/21/09 | 443 | $184.05 | 02/11/10 | 781 | $153.08 |
| 11/19/09 | 1,414 | $172.36 | 04/22/10 | 324 | $159.05 |

**MI-FONDS 208 / AL-M**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 01/11/07 | 400 | $211.33 | 07/19/07 | 400 | $212.85 |
| 04/20/07 | 400 | $219.67 | 08/28/07 | 400 | $172.46 |
| 11/13/07 | 400 | $231.39 | 06/11/08 | 300 | $163.75 |
| 02/05/08 | 100 | $194.60 | 08/12/08 | 400 | $169.43 |
| 04/21/08 | 200 | $180.94 | 10/09/08 | 300 | $106.14 |
| 09/19/08 | 400 | $128.79 | 11/12/08 | 300 | $68.00 |
| 09/24/08 | 1,000 | $123.00 | 12/10/08 | 400 | $70.85 |
| 04/02/09 | 200 | $114.07 | 06/30/09 | 600 | $146.94 |

**MI-FONDS 250 / AEKH**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 11/07/07 | 600 | $215.05 | | | |
| 12/03/07 | 100 | $225.77 | | | |
| 12/04/07 | 1,000 | $219.19 | | | |
| 01/04/08 | 600 | $201.72 | | | |
| 02/13/08 | 800 | $180.33 | | | |

**MI-FONDS 255 / EKIBA**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 11/07/07 | 400 | $215.05 | 03/24/09 | 3,130 | $113.02 |
| 11/09/07 | 300 | $212.48 | | | |
| 12/10/07 | 500 | $224.16 | | | |
| 06/02/08 | 500 | $172.91 | | | |
| 09/24/08 | 400 | $123.00 | | | |
| 09/29/08 | 200 | $124.99 | | | |
| 10/22/08 | 830 | $117.19 | | | |

**MI-FONDS 338 / AIRBUS**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 08/26/09 | 2,100 | $164.36 | | | |
| 09/11/09 | 150 | $177.34 | | | |

## Metzler MI — Transactions in Goldman Sachs

**CUSIP:** 38141G104
**Ticker:** GS
**Class Period:** December 14, 2006 through June 9, 2010

| Class Period Purchases | | | Class Period Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |

**MI-FONDS 344 / EADS**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 08/26/09 | 2,600 | $164.36 | | | |
| 09/11/09 | 200 | $177.34 | | | |

**MI-FONDS 376 / KVBW**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 700 | | | | |
| 02/09/07 | 100 | $216.43 | 06/11/07 | 100 | $227.16 |
| 12/10/07 | 100 | $223.20 | 11/14/07 | 100 | $233.65 |
| 01/14/08 | 100 | $201.65 | 08/14/08 | 400 | $165.29 |
| 05/15/09 | 200 | $134.57 | 06/07/10 | 100 | $141.04 |
| 08/05/09 | 100 | $168.15 | | | |
| 01/12/10 | 300 | $167.82 | | | |
| 02/02/10 | 100 | $156.71 | | | |
| 03/02/10 | 100 | $158.80 | | | |

**MI-FONDS 415 / ERK**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 03/25/09 | 2,100 | $109.54 | 04/16/10 | 6,370 | $161.51 |
| 06/05/09 | 500 | $149.83 | | | |
| 09/11/09 | 10,709 | $175.89 | | | |
| 10/02/09 | 4,658 | $179.62 | | | |
| 11/27/09 | 400 | $165.24 | | | |
| 11/30/09 | 517 | $166.11 | | | |
| 12/28/09 | 564 | $164.57 | | | |

**MI-FONDS 705 / Metzler Wachstum International**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 01/11/07 | 17,500 | $211.33 | 07/19/07 | 17,000 | $212.85 |
| 04/20/07 | 16,500 | $219.67 | 08/28/07 | 17,000 | $172.46 |
| 11/13/07 | 16,000 | $231.39 | 06/11/08 | 11,500 | $163.75 |
| 04/21/08 | 7,500 | $180.94 | 08/12/08 | 12,000 | $169.43 |
| 09/19/08 | 14,500 | $128.79 | 10/09/08 | 11,000 | $106.14 |
| 09/25/08 | 36,000 | $135.83 | 11/12/08 | 13,200 | $68.00 |
| 04/02/09 | 6,600 | $114.07 | 12/10/08 | 13,300 | $70.85 |
| | | | 06/30/09 | 19,600 | $146.94 |

**MI-FONDS 710 / RWS-Wachstumfonds-MI**

| | | | | | |
|---|---|---|---|---|---|
| Opening Position: | 0 | | | | |
| 08/15/07 | 3,100 | $169.00 | 03/05/08 | 1,600 | $166.18 |
| | | | 05/20/09 | 1,500 | $138.10 |

## Metzler MI — Transactions in Goldman Sachs

**CUSIP:** 38141G104
**Ticker:** GS
**Class Period:** December 14, 2006 through June 9, 2010

| Class Period Purchases | | | | Class Period Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| **MI-FONDS F21 / KVKD_WMAM** | | | | | | |
| Opening Position: | 0 | | | | | |
| 06/24/09 | 6,900 | $142.60 | | 05/25/10 | 5,100 | $134.74 |
| 07/22/09 | 2,100 | $158.63 | | | | |
| 08/31/09 | 3,500 | $162.05 | | | | |
| **MI-FONDS F26 / ZVKRW_Co.** | | | | | | |
| Opening Position: | 0 | | | | | |
| 12/14/09 | 4,583 | $165.29 | | 05/03/10 | 2,100 | $149.59 |

**CERTIFICATION OF HENRIK OLEJASZ LARSEN AND MADS SMITH HANSEN IN SUPPORT OF SAMPENSION KP LIVSFORSIKRING A/S'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Sampension KP Livsforsikring A/S ("Sampension" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Sampension did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Sampension is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's common stock transactions in Goldman Sachs Group, Inc. during the Class Period.

4. Sampension has full power and authority to bring suit to recover for investment losses on behalf of itself and its funds.

5. Sampension has fully reviewed the facts and allegations of the complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. We, Henrik Olejasz Larsen and Mads Smith Hansen, Chief Investment Officer and Director of Finance, respectively, of Sampension, are authorized to make legal decisions on behalf of Sampension.

7. Sampension intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Sampension will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. Sampension is currently serving as a lead plaintiff in *In re Satyam Computer Services Ltd. Sec. Litig.*, No. 09-md-2027 (S.D.N.Y.).

1



10. Sampension has not otherwise sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __24__ᵗʰ day of June, 2010.

**Sampension KP Livsforsikring A/S**

By: _____

Henrik Olejasz Larsen
Chief Investment Officer

By: _____

Mads Smith Hansen
Director of Finance



## Schedule A

| Security | Buy/Sell | Date | Shares | Price |
|----------|----------|------|--------|-------|
| Com Stk | Buy | 7/18/2007 | 20,845 | $217.03 |
| Com Stk | Buy | 7/18/2007 | 19,600 | $217.03 |
| Com Stk | Buy | 7/20/2007 | 19,600 | $205.94 |
| Com Stk | Buy | 8/31/2007 | 2,200 | $174.65 |
| Com Stk | Buy | 8/31/2007 | 800 | $174.79 |
| Com Stk | Buy | 9/6/2007 | 800 | $177.93 |
| Com Stk | Buy | 10/9/2007 | 68 | $239.20 |
| Com Stk | Buy | 10/24/2007 | 207 | $225.12 |
| Com Stk | Buy | 11/6/2007 | 91 | $221.81 |
| Com Stk | Buy | 11/7/2007 | 25 | $216.65 |
| Com Stk | Buy | 11/26/2007 | 288 | $207.45 |
| Com Stk | Buy | 11/29/2007 | 1,400 | $223.61 |
| Com Stk | Buy | 1/7/2008 | 800 | $194.03 |
| Com Stk | Buy | 2/21/2008 | 300 | $175.82 |
| Com Stk | Buy | 2/25/2008 | 1,200 | $174.39 |
| Com Stk | Buy | 3/11/2008 | 65 | $163.07 |
| Com Stk | Buy | 3/27/2008 | 300 | $169.67 |
| Com Stk | Buy | 4/4/2008 | 500 | $176.19 |
| Com Stk | Buy | 4/11/2008 | 59 | $171.17 |
| Com Stk | Buy | 4/18/2008 | 200 | $179.04 |
| Com Stk | Buy | 4/18/2008 | 1,500 | $180.26 |
| Com Stk | Buy | 7/2/2008 | 58 | $176.98 |
| Com Stk | Buy | 7/7/2008 | 824 | $169.82 |
| Com Stk | Buy | 8/5/2008 | 1,200 | $176.85 |
| Com Stk | Buy | 8/12/2008 | 1,600 | $169.71 |
| Com Stk | Buy | 9/15/2008 | 2,300 | $132.10 |
| Com Stk | Buy | 9/19/2008 | 2,200 | $127.82 |
| Com Stk | Buy | 9/19/2008 | 88 | $129.80 |
| Com Stk | Buy | 9/24/2008 | 1,800 | $123.00 |
| Com Stk | Buy | 9/24/2008 | 1,087 | $132.64 |
| Com Stk | Buy | 9/24/2008 | 1,089 | $132.98 |
| Com Stk | Buy | 10/8/2008 | 2,500 | $114.05 |
| Com Stk | Buy | 11/6/2008 | 485 | $82.86 |
| Com Stk | Buy | 11/7/2008 | 6 | $76.55 |
| Com Stk | Buy | 12/16/2008 | 1,100 | $75.55 |
| Com Stk | Buy | 1/20/2009 | 1,300 | $64.76 |
| Com Stk | Buy | 1/27/2009 | 1,600 | $77.89 |

| Com Stk | Buy | 3/17/2009 | 1,000 | $96.53 |
|---------|-----|-----------|-------|--------|
| Com Stk | Buy | 3/20/2009 | 2 | $97.32 |
| Com Stk | Buy | 3/20/2009 | 1,103 | $97.32 |
| Com Stk | Buy | 3/27/2009 | 1,400 | $110.28 |
| Com Stk | Buy | 4/1/2009 | 125 | $110.29 |
| Com Stk | Buy | 4/14/2009 | 1,775 | $115.11 |
| Com Stk | Buy | 4/14/2009 | 444 | $118.31 |
| Com Stk | Buy | 7/1/2009 | 885 | $147.32 |
| Com Stk | Buy | 9/15/2009 | 910 | $177.05 |
| Com Stk | Buy | 9/18/2009 | 129 | $183.18 |
| Com Stk | Buy | 9/18/2009 | 99 | $183.16 |
| Com Stk | Buy | 10/15/2009 | 151 | $188.63 |
| Com Stk | Buy | 11/25/2009 | 670 | $169.24 |
| Com Stk | Buy | 12/30/2009 | 580 | $166.70 |
| Com Stk | Buy | 1/21/2010 | 800 | $161.72 |
| Com Stk | Buy | 3/16/2010 | 774 | $175.42 |
| Com Stk | Buy | 3/19/2010 | 9 | $177.90 |
| Com Stk | Buy | 3/19/2010 | 405 | $177.89 |
| Com Stk | Buy | 6/2/2010 | 700 | $143.26 |
| Com Stk | Buy | 6/4/2010 | 300 | $144.05 |
| Com Stk | Buy | 6/9/2010 | 800 | $137.71 |
| Com Stk | Sell | 7/20/2007 | 19,600 | $205.94 |
| Com Stk | Sell | 8/2/2007 | 1,200 | $186.60 |
| Com Stk | Sell | 9/21/2007 | 3 | $209.98 |
| Com Stk | Sell | 9/21/2007 | 67 | $209.99 |
| Com Stk | Sell | 10/10/2007 | 2,200 | $237.44 |
| Com Stk | Sell | 10/23/2007 | 600 | $221.87 |
| Com Stk | Sell | 10/30/2007 | 116 | $243.19 |
| Com Stk | Sell | 12/21/2007 | 26 | $209.60 |
| Com Stk | Sell | 12/21/2007 | 236 | $209.60 |
| Com Stk | Sell | 1/22/2008 | 400 | $187.41 |
| Com Stk | Sell | 1/22/2008 | 2,300 | $189.94 |
| Com Stk | Sell | 6/6/2008 | 389 | $169.44 |
| Com Stk | Sell | 6/18/2008 | 435 | $182.77 |
| Com Stk | Sell | 10/23/2008 | 491 | $104.35 |
| Com Stk | Sell | 10/30/2008 | 4,800 | $92.89 |
| Com Stk | Sell | 12/19/2008 | 427 | $80.73 |
| Com Stk | Sell | 1/16/2009 | 1,200 | $73.84 |
| Com Stk | Sell | 3/19/2009 | 1,000 | $102.94 |
| Com Stk | Sell | 6/10/2009 | 151 | $146.68 |
| Com Stk | Sell | 6/16/2009 | 934 | $144.16 |

| Com Stk | Sell | 9/18/2009 | 910 | $183.18 |
| Com Stk | Sell | 10/23/2009 | 4,246 | $180.36 |
| Com Stk | Sell | 11/18/2009 | 5,684 | $176.90 |
| Com Stk | Sell | 12/1/2009 | 670 | $167.84 |
| Com Stk | Sell | 12/18/2009 | 4,000 | $162.96 |
| Com Stk | Sell | 12/18/2009 | 4,238 | $163.19 |
| Com Stk | Sell | 12/21/2009 | 1,500 | $165.96 |
| Com Stk | Sell | 1/13/2010 | 2,107 | $169.07 |
| Com Stk | Sell | 2/12/2010 | 30 | $153.93 |
| Com Stk | Sell | 2/12/2010 | 93 | $153.98 |
| Com Stk | Sell | 3/17/2010 | 500 | $177.02 |
| Com Stk | Sell | 3/19/2010 | 774 | $177.90 |
| Com Stk | Sell | 4/12/2010 | 930 | $177.84 |
| Com Stk | Sell | 4/19/2010 | 1,500 | $158.37 |
| Com Stk | Sell | 4/19/2010 | 1,000 | $159.01 |
| Com Stk | Sell | 5/11/2010 | 329 | $141.97 |
| Com Stk | Sell | 6/9/2010 | 666 | $136.80 |