**Ex. C**

BUS          Robbins Geller Rudman & Dowd LLP Files Class Action Suit
             Apr 26 2010  13:35:01

   Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Goldman
   Sachs Group, Inc.

Business Wire

NEW YORK -- April 26, 2010

Robbins Geller Rudman & Dowd LLP ("Robbins Geller")
(http://www.rgrdlaw.com/cases/goldmansachs/) today announced that a class
action has been commenced in the United States District Court for the Southern
District of New York on behalf of purchasers of the common stock of Goldman
Sachs Group, Inc. ("Goldman" or the "Company") (NYSE:GS) between October 15,
2009 and the time it was publicly revealed on April 16, 2010 that the
Securities and Exchange Commission ("SEC") had sued Goldman (the "Class
Period") in connection with its misconduct relating to the formation and sale
of ABACUS 2007-AC1, seeking to pursue remedies under the Securities Exchange
Act of 1934 (the "Exchange Act").

If you wish to serve as lead plaintiff, you must move the Court no later than
60 days from today. If you wish to discuss this action or have any questions
concerning this notice or your rights or interests, please contact plaintiff's
counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at
800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a
member of this Class, you can view a copy of the complaint as filed or join
this class action online at http://www.rgrdlaw.com/cases/goldmansachs/. Any
member of the putative class may move the Court to serve as lead plaintiff
through counsel of their choice, or may choose to do nothing and remain an
absent class member.

The complaint charges Goldman and certain of its officers and executives with
violations of the Exchange Act. Goldman is a financial holding company that
provides global banking, securities and investment management services in the
United States and internationally.

The complaint alleges that, throughout the Class Period, defendants failed to
disclose material adverse facts about the Company's true financial condition,
business and prospects. Specifically, the complaint alleges that defendants
failed to disclose: (i) the Company had, in violation of applicable law, not
fully disclosed the facts and circumstances concerning the formation and sale
of the ABACUS 2007-AC1 deal to investors such that it had engaged in
misleading conduct; (ii) the Company had, in fact, bet against its clients and
constructed collateralized debt obligations that were likely, if not designed,
to fail; and (ii) the Company had received a Wells Notice from the SEC about
the ABACUS transaction but failed to inform shareholders of this fact.

After the market opened on April 16, 2010, it was revealed that Goldman's U.S.
broker-dealer, GS&C, had been sued by the SEC "for making materially
misleading statements and omissions in connection" with ABACUS 2007-AC1. As
news of Goldman's misconduct reached the market, Goldman stock immediately
plummeted $24.05, declining from $184.27 per share on April 15, 2010 to close
at $160.70 per share on April 16, 2010.

Plaintiff seeks to recover damages on behalf of all purchasers of the common
stock of Goldman during the Class Period (the "Class"). The plaintiff is
represented by Robbins Geller, which has expertise in prosecuting investor
class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco,
New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in
                          Copyright (c) 2010

BUS          Robbins Geller Rudman & Dowd LLP Files Class Action Suit
             Apr 26 2010   13:35:01
major litigations pending in federal and state courts throughout the United
States and has taken a leading role in many important actions on behalf of
defrauded investors, consumers, and companies, as well as victims of human
rights violations. The Robbins Geller Web site (http://www.rgrdlaw.com) has
more information about the firm.

Contact:

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@rgrdlaw.com

-0- Apr/26/2010 17:35 GMT

Copyright (c) 2010