**Ex. A**

