# Ex. B

