**Ex. C**

## Net Shares Through Pleaded Disclosures

| Movant | 09/09/08 | 09/17/08 | 09/18/08 | 11/06/08 | 11/19/08 | 04/16/10 | 04/26/10 | 04/30/10 | 06/10/10 |
|---|---|---|---|---|---|---|---|---|---|
| Montana BOI | 59,929 | 59,598 | 60,509 | 57,774 | 44,491 | 115,144 | 102,244 | 93,542 | 77,664 |
| Metzler | 6,000 | 6,000 | 6,000 | 48,030 | 34,530 | 41,644 | 41,320 | 41,320 | 34,020 |
| Sampension | 46,958 | 49,258 | 49,258 | 53,216 | 53,222 | 39,089 | 36,260 | 36,260 | 37,394 |
| **Inst. Inv. Group Total** | **112,887** | **114,856** | **115,767** | **159,020** | **132,243** | **195,877** | **179,824** | **171,122** | **149,078** |
| Plumbers and Pipefitters | 52,493 | 40,643 | 38,198 | 15,417 | 6,792 | 51,203 | 42,198 | 38,288 | 38,288 |
| Arkansas | 14,100 | 11,030 | 13,630 | 62,160 | 62,160 | 75,500 | 75,500 | 73,600 | 81,900 |
| West Virginia | (27,700) | (27,700) | (27,700) | (32,600) | (32,600) | 3,000 | 3,000 | (1,600) | (7,700) |
| **Pension Fund Group Total** | **38,893** | **23,973** | **24,128** | **44,977** | **36,352** | **129,703** | **120,698** | **110,288** | **112,488** |

## Net Expenditures Through Pleaded Disclosures

| Movant | 09/09/08 | 09/17/08 | 09/18/08 | 11/06/08 | 11/19/08 | 04/16/10 | 04/26/10 | 04/30/10 | 06/10/10 |
|---|---|---|---|---|---|---|---|---|---|
| Montana BOI | ($12,216,918) | ($12,194,210) | ($12,298,378) | ($12,418,669) | ($11,426,812) | ($21,907,639) | ($19,890,266) | ($18,506,568) | ($16,233,250) |
| Metzler | ($3,159,125) | ($3,159,125) | ($3,159,125) | ($9,063,027) | ($10,852,419) | ($10,776,809) | ($10,725,276) | ($10,725,276) | ($9,709,873) |
| Sampension | ($9,788,127) | ($10,091,960) | ($10,091,960) | ($10,723,176) | ($10,723,635) | ($7,762,863) | ($7,319,593) | ($7,319,593) | ($7,482,150) |
| **Inst. Inv. Group Total** | **($25,164,170)** | **($25,445,295)** | **($25,549,463)** | **($32,204,872)** | **($33,002,867)** | **($40,447,311)** | **($37,935,135)** | **($36,551,437)** | **($33,425,273)** |
| Plumbers and Pipefitters | ($9,971,463) | ($8,614,521) | ($8,379,131) | ($6,044,881) | ($5,477,816) | ($12,005,889) | ($10,564,807) | ($9,971,498) | ($9,971,498) |
| Arkansas | ($2,495,274) | ($2,014,707) | ($2,285,447) | ($8,327,288) | ($8,327,288) | ($14,121,749) | ($14,121,749) | ($13,818,887) | ($15,019,839) |
| West Virginia | $3,867,881 | $3,867,881 | $3,867,881 | $5,571,178 | $5,571,178 | ($1,659,784) | ($1,659,784) | ($940,424) | ($59,634) |
| **Pension Fund Group Total** | **($8,598,856)** | **($6,761,347)** | **($6,796,697)** | **($8,800,991)** | **($8,233,926)** | **($27,787,422)** | **($26,346,340)** | **($24,730,809)** | **($25,050,971)** |