# Ex. D



**Grant & Eisenhofer P.A.**

1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

January 22, 2010

**VIA E-FILING AND HAND DELIVERY**
The Honorable Bernard J. Fried
Commercial Division, New York County
Supreme Court of the State of New York
60 Centre Street, Room 248
New York, New York 10007

    Re:    *Security Police & Fire Professionals of Am. Ret. Fund v. Blankfein*
             Index No. 650740-2009 (Sup. Ct. New York County);

             *Central Laborers' Pension Fund v. Blankfein*
             Index No. 600036-2010 (Sup. Ct. New York County)

Dear Justice Fried:

    We represent the plaintiffs in both of the above-captioned actions (collectively, "Plaintiffs"). We write to request that the Orders to Show Cause in Support of Plaintiffs' Motions for an Order Expediting Discovery, filed January 11, 2010, be withdrawn, and the hearing scheduled for Monday, January 25, 2010, be cancelled.

    Plaintiffs had challenged the planned $22 billion bonus payments by Goldman Sachs for 2009 and we sought expedited proceedings to block Goldman's impending $6 billion fourth quarter payments. Yesterday, Goldman announced the suspension of the planned $6 billion payments. Consequently, Plaintiffs no longer need or request expedited proceedings.

    We informed Defendants yesterday afternoon that we would be withdrawing our motion. We will file a formal withdrawal today but we wanted to notify Your Honor without delay.

                                            Respectfully,

                                            Jay W. Eisenhofer

cc:    Gandolfo V. DiBlasi, Esquire
        Alan Parham, Esquire