## AFFIDAVIT OF PERSONAL SERVICE

Craig Box, being duly sworn, deposes and says that he is employed by Wolf Popper LLP, attorneys for the Plaintiffs, and that, on the 8th day of April, 2011, he served a copy of the NOTICE OF TIKVA BOCHHNER'S MOTION FOR RECONSIDERATION AND CLARIFICATION and the MEMORANDUM OF LAW IN SUPPORT OF TIKVA BOCHNER'S MOTION FOR RECONSIDERATION AND CLARIFICATION upon:

Samuel H. Rudman
Darren J. Robbins
David A. Rosenfeld
Catherine J. Kowalewski
David C. Walton
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Co-Counsel to Lead Plaintiff in the Pension Funds Group*

Gandolfo V. DiBlasi
Richard H. Klapper
Theodore Edelman
David M.J. Rein
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
*Counsel to defendants Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar and Gary D. Cohn*

Lawrence Alan Sucharow
Thomas A. Dubbs
Christopher J. Keller
James J. Johnson
Louis Gottlieb
Craig Anthony Martin
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

*Co-Counsel to Lead Plaintiff the Pension Funds Group*

by delivering a copy to their office addresses listed above, and by leaving same with a person in charge of the office at the time of such delivery.

170740-1

Further, acknowledgement of receipt of the within paper in indicated on the face of the within paper.

Deponent is not a party to this action, and is over the age of 18 years.

_____
Craig Box

Sworn to before me this
11th day of April, 2011

_____
Notary Public

ROSEMARY V. DIAZ
NOTARY PUBLIC, State of New York
No. 01DI6124621
Qualified in New York County
Commission Expires Mar. 28, 20 13

170740-1