# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

April 6, 2015

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
    United States District Court,
        Southern District of New York,
            500 Pearl Street, Chambers 1350,
                New York, New York  10007.

    Re:  *In re Goldman Sachs Group, Inc. Securities Litigation,* No. 1:10-cv-03461 PAC

Dear Judge Crotty:

        On behalf of defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar, and Gary D. Cohn (collectively, "Defendants"), I enclose two courtesy copies of the following documents filed today in the above-referenced action: (i) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification; (ii) the Declaration of Stephen Choi, Ph.D. (and exhibits thereto); (iii) the Declaration of Paul Gompers, Ph.D. (and exhibits thereto); (iv) the Declaration of Charles Porten, CFA (and exhibits thereto); and (v) the Declaration of Jessica P. Stokes (and exhibits thereto).

        Portions of the Declaration of Jessica P. Stokes and certain of its exhibits were designated by Plaintiffs as "CONFIDENTIAL" in accordance with the Stipulated Protective Order entered by the Court on September 6, 2012.  Pursuant to the Stipulated Protective Order, redacted copies of those documents were filed and served on all parties today through the

The Honorable Paul A. Crotty                                                          -2-

CM/ECF system and unredacted copies were filed with the Clerk's office under seal and provided to counsel for Plaintiffs.

                                                          Respectfully submitted,

                                                          Richard H. Klapper

(Enclosures)

cc:    Thomas A. Dubbs, Esq.
        Spencer A. Burkholz, Esq.