UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN re GOLDMAN SACHS GROUP, INC.
SECURITIES LITIGATION

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 8, 2015
```

10 Civ. 3461 (PAC)

**ORDER**

The Court is in receipt of the parties' letters of May 28, 2015 and June 2, 2015. Defendants have requested oral argument and a two-day evidentiary hearing on Plaintiffs' motion for class certification. Defendants have also requested leave to submit a 10-page surreply brief, responsive expert declarations, and "relevant portions of their experts' testimony that Plaintiffs elected not to submit." Plaintiffs oppose the request for an evidentiary hearing and the request to submit supplemental papers.

Defendants' requests for an evidentiary hearing and oral argument are denied. Defendants' request for leave to file surreply papers in granted in part. Defendants may submit a 5-page responsive brief, a 10-page responsive expert declaration, and any testimony necessary to ensure that the record is complete.

Dated: New York, New York
       June 8, 2015

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge