# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 6, 2015

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
    United States District Court,
        Southern District of New York,
            500 Pearl Street, Chambers 1350,
                New York, New York  10007.

    Re:   *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

On behalf of defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar, and Gary D. Cohn (collectively, "Defendants"), I enclose two unredacted courtesy copies of the following documents filed today in the above-referenced action: (1) Defendants' Notice of Motion for Summary Judgment; (2) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment; (3) Defendants' Local Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue to be Tried; and (4) the Declaration of Jacob E. Cohen (and exhibits thereto).

Portions of Defendants' Local Rule 56.1 Statement and certain of the exhibits to the Cohen Declaration were designated by the parties or non-parties as "CONFIDENTIAL" in accordance with the Stipulated Protective Order entered by the Court on September 6, 2012. Pursuant to the Stipulated Protective Order, redacted copies of those documents were filed and

The Honorable Paul A. Crotty                                                                                          -2-

served on all parties today through the CM/ECF system and unredacted copies were filed with the Clerk's office under seal and provided to counsel for Plaintiffs.

Defendants respectfully request oral argument in connection with Defendants' motion.

Respectfully submitted,

Richard H. Klapper

(Enclosures)

cc:   Thomas A. Dubbs, Esq.
      Spencer A. Burkholz, Esq.