# MANDATE

Case 1:10-cv-03461-PAC Document 181 Filed 02/19/16 Page 1 of 2

S.D.N.Y. – N.Y.C.
10-cv-3461
Crotty, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand sixteen.

Present:
> Guido Calabresi,
> Gerard E. Lynch,
> Raymond J. Lohier, Jr.,
>> *Circuit Judges*.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 19, 2016**

Arkansas Teachers Retirement System, et al.,

> *Lead Plaintiffs-Respondents*,

Ilene Richman, Individually and on behalf of all others similarly situated, Pablo Elizondo,

> *Plaintiffs-Respondents*,

Howard Sorkin, Individually and on behalf of all others similarly situated, et al.,

> *Consolidated Plaintiffs-Respondents*,

Pension Funds,

> *Plaintiff*,

> v. 15-3179

Goldman Sachs Group, Inc., et al.,

> *Defendants-Petitioners,*

**MANDATE ISSUED ON 02/19/2016**

Sarah E. Smith

                *Defendant*.

---

Petitioners move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Petitioners also move for leave to file a reply in support of their motion. Further, non-parties the Securities Industry and Financial Markets Association ("SIFMA"), the Chamber of Commerce of the United States ("the Chamber"), and a group of former Securities and Exchange Commission ("SEC") officials and law professors move to file briefs as amicus curiae in support of Petitioners' motion. Upon due consideration, it is hereby ORDERED that: (1) Petitioners' motion to file a reply is GRANTED; (2) the motions of the Chamber, SIFMA, and the group of former SEC officials and law professors to file amicus briefs are GRANTED; and (3) the petition for leave to appeal is GRANTED. Petitioners are directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit