**MANDATE**

N.Y.S.D. Case #
10-cv-3461(PAC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of January, two thousand and eighteen.

Before:   José A. Cabranes,
          Richard C. Wesley,
              *Circuit Judges,*
          William K. Sessions,
              *District Judge.*\*

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 02, 2018

Arkansas Teachers Retirement System, West Virginia Investment Management Board, Plumbers And Pipefitters Pension Group, Ilene Richman, individually and on behalf of all others similarly situated, Pablo Elizondo, Howard Sorkin, individually and on behalf of all others similarly situated, Tivka Bochner, Ehsan Afshani, Louis Gold, Thomas Draft, individually and on behalf of all others similarly situated,

**JUDGMENT**
Docket No. 16-250

    Plaintiffs-Appellees,

v.

Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar, Gary D. Cohn,

    Defendants-Appellants.

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/02/2018

\*Judge William K. Sessions, of the United States District Court for the District of Vermont, sitting by designation.