# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 13, 2018

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
   United States District Court,
      Southern District of New York,
         500 Pearl Street, Chambers 1350,
           New York, New York 10007.

      Re: *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

      On behalf of defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar and Gary D. Cohn (collectively, "Defendants"), I enclose two unredacted courtesy copies of the following documents filed today in the above-referenced action: (1) Defendants' Supplemental Submission in Opposition to Plaintiffs' Motion for Class Certification; and (2) the Declaration of Jacob E. Cohen (and exhibits thereto).

      Certain of the exhibits to the Cohen Declaration were designated by Plaintiffs as "CONFIDENTIAL" in accordance with the Stipulated Protective Order entered by the Court on September 6, 2012. Pursuant to the Stipulated Protective Order, redacted copies of those documents were filed and served on all parties today through the CM/ECF system and unredacted copies were filed with the Clerk's office under seal and provided to counsel for Plaintiffs.

The Honorable Paul A. Crotty -2-

Respectfully submitted,

Richard H. Klapper

(Enclosures)

cc: Thomas A. Dubbs, Esq.
Spencer A. Burkholz, Esq.