July 16, 2018

<u>By Hand Delivery and ECF</u>

The Honorable Paul A. Crotty,
  United States District Court,
     Southern District of New York,
       500 Pearl Street, Chambers 1350,
         New York, New York  10007.

  Re:   *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

        We write on behalf of Lead Plaintiffs and Defendants (together, the "Parties") regarding the evidentiary hearing and oral argument on class certification scheduled for July 25-26, 2018 in the above-referenced action ("Proceedings").

        The Parties respectfully request this Court's permission to bring the following equipment through the freight entrance of the courthouse on July 24, 2018 to set up and test the equipment for use during the Proceedings: one 150" screen (Dalite); five 17" monitors (HP LA1751g 17" LCD Monitor); five monitor stands (Instand CR5); one 5000 lumen short throw projector (Epson 6870); one tech table (ULINE H3080); two project-o-stands (Dalite 42067); one Elmo (Wolfvision VZ-8); one 1x6 VGA DA splitter (Extron P/2 DA6XI); one 6x1 VGA switcher (Extron SW6 VGA ARS); one speaker set (Braven 705); one small printer (Samsung C430W); one presentation remote (Logitech Spotlight); one laser pointer (Meade Instruments Green laser pointer); one broadband router (Netgear 6100D); one USB dac (Fiio Olympus 2); and accompanying HDMI and other cables.  The Parties also request permission to remove the aforementioned equipment through the freight entrance of the courthouse after the Proceedings conclude on July 26, 2018.

The Honorable Paul A. Crotty                                                                                    -2-

   The Parties further request that the Court allow the provision of secure, high-speed, wired Internet access in the courtroom, as well as Remote Real Time Transcript feeds that can be viewed outside the courthouse by individuals authorized by the Parties.  The secure Internet connection will enable the Parties' attorneys to stay connected to resources during the Proceedings, facilitating effective representation of the Parties.  In addition, the secure Internet connection will enable the Parties' attorneys to reduce the files and personnel they bring to the courtroom.  The Remote Real Time Transcript feeds, in turn, will enable authorized individuals outside the courthouse to view over a secure connection the court reporter transcript during the Proceedings. The secure Internet connection is required for the Remote Real Time Transcript feeds.

   Subject to your approval, the Parties will retain Courtroom Connect to provide these services.  Courtroom Connect has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys.  Courtroom Connect maintains a network in the courthouse that is independent of the Court's internal network, ensuring that information on the Court's systems cannot be accessed or compromised.  Moreover, Courtroom Connect's network is a hard-wired, secure, physical network connection that uses a firewall and other security provisions. The Parties will be responsible for all set up, installation, and service fees.  Courtroom Connect does not require any Court resources.  Courtroom Connect will make all necessary arrangements with the Southern District of New York's District Executive Office and computer networking personnel.

   The Parties respectfully request that Your Honor sign the enclosed proposed order, which reflects the requests set forth in this letter.  Counsel for Lead Plaintiffs have authorized counsel for Defendants to file this letter on behalf of the Parties.

The Honorable Paul A. Crotty                                                                                     -3-

Respectfully submitted,

/s/ Thomas A. Dubbs
Thomas A. Dubbs (*tdubbs@labaton.com*)
LABATON SUCHAROW LLP
140 Broadway, 34th Floor
New York, New York  10005-1134
Tel:  (212) 907-0700
Fax:  (212) 818-0477


/s/ Spencer A. Burkholz
Spencer A. Burkholz (*spenceb@rgrdlaw.com*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California  92101-8498
Tel:  (619) 231-1058
Fax:  (619) 231-7423


*Co-Lead Counsel for Lead Plaintiffs Arkansas
Teachers Retirement System, the West Virginia
Investment Management Board and the
Plumbers and Pipefitters National Pension
Fund*


(Enclosure)

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Defendants The Goldman Sachs
Group, Inc., Lloyd C. Blankfein, David A.
Viniar and Gary D. Cohn*