**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 18, 2018

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
 United States District Court,
  Southern District of New York,
   500 Pearl Street, Chambers 1350,
    New York, New York  10007.

   Re:  *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

Please find enclosed two copies of the expert reports that Lead Plaintiffs and Defendants (together, the "Parties") plan to use as exhibits during the evidentiary hearing and oral argument on class certification scheduled for July 25-26, 2018 in the above-referenced action (the "Proceedings").  The Parties have agreed to submit each expert report only once, and the expert reports have been pre-marked as Defendants' Exhibits A – K.

Respectfully submitted,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.

(Enclosures)

cc: Thomas A. Dubbs, Esq.
    Spencer A. Burkholz, Esq.