UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
In re GOLDMAN SACHS GROUP, INC.         : Master File No. 1:10-cv-03461-PAC
SECURITIES LITIGATION                   :
                                        : ECF Case
This Document Relates To:               :
                                        : STIPULATION AND [PROPOSED] *PAC*
    ALL ACTIONS                         : ORDER REGARDING CLASS
                                        : CERTIFICATION HEARING
                                        :
                                        :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/18

WHEREAS, the Court scheduled a July 25, 2018 evidentiary hearing and a July 26, 2018 oral argument (together, "Hearing") on Lead Plaintiffs' Motion for Class Certification (Dkt. No. 135);

WHEREAS, the Parties wish to use exhibits and demonstratives at the Hearing;

WHEREAS, the Parties wish to streamline the Hearing and to use the Court's time efficiently;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, subject to the Court's approval, for purposes of the Hearing only:

1. The Parties may use exhibits and demonstratives at the Hearing, including in the examination of witnesses.

2. The Parties may use electronic means to display exhibits and demonstratives and will take appropriate steps in advance of the Hearing, in consultation with the Court's staff, to ensure that such electronic means are set up and functioning.

3. The Parties shall follow the procedures set forth in Rule #7 of the Individual Practices of Judge Paul A. Crotty, U.S.D.J., including with respect to the use of exhibits at the Hearing and the pre-Hearing exchange of exhibits among the Parties.

4. For purposes of presenting argument or testimony, the Parties may use demonstratives, which need not be identified or exchanged in advance of the Hearing.

5. Subject to such changes as the Court may order, the [Proposed] Hearing Schedule, attached hereto, shall govern the Hearing.

July 17, 2018

STIPULATED AND AGREED.

_____ /JEC
Thomas A. Dubbs (*tdubbs@labaton.com*)
James W. Johnson (*jjohnson@labaton.com*)
Michael H. Rogers (*mrogers@labaton.com*)
Irina Vasilchenko (*ivasilchenko@labaton.com*)
Jeffrey A. Dubbin (*jdubbin@labaton.com*)
LABATON SUCHAROW LLP
140 Broadway, 34th Floor
New York, New York 10005-1134
Tel: (212) 907-0700
Fax: (212) 818-0477

_____ /JEC
Spencer A. Burkholz (*spenceb@rgrdlaw.com*)
Jonah H. Goldstein (*jonahg@rgrdlaw.com*)
Robert R. Henssler Jr. (*bhenssler@rgrdlaw.com*)
Eric I. Niehaus (*ericn@rgrdlaw.com*)
Alexi H. Pfeffer-Gillett (*agillett@rgrdlaw.com*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101-8498
Tel: (619) 231-1058
Fax: (619) 231-7423

Samuel H. Rudman (*srudman@rgrdlaw.com*)
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, New York 11747-5103
Tel: (631) 367-7100
Fax: (631) 367-1173

*Co-Lead Counsel for Lead Plaintiffs Arkansas Teachers Retirement System, the West Virginia Investment Management Board and the Plumbers and Pipefitters National Pension Fund*

New York, NY
July 17, 2018

_____ /JEC
Richard H. Klapper (*klapperr@sullcrom.com*)
Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
David M.J. Rein (*reind@sullcrom.com*)
Benjamin R. Walker (*walkerb@sullcrom.com*)
Jacob E. Cohen (*cohenja@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for Defendants The Goldman Sachs Group, Inc., Lloyd C. Blankfein, David A. Viniar and Gary D. Cohn*

So ordered

Paul Crotty
USDJ

-2-

# [Proposed] Hearing Schedule

## Day One – July 25, 2018

10:00 – 10:45 a.m. – Defendants' Opening Argument

10:45 – 11:30 a.m. – Lead Plaintiffs' Opening Argument

11:30 – 11:40 a.m. – Break

11:40 a.m. – 12:20 p.m. – Direct of Dr. Paul Gompers[1]

12:20 – 12:50 p.m. – Cross of Dr. Paul Gompers

12:50 – 1:00 p.m. – Re-direct of Dr. Paul Gompers

1:00 – 1:10 p.m. – Re-cross of Dr. Paul Gompers

1:10 – 2:20 p.m. – Lunch Break

2:20 – 3:00 p.m. – Direct of Dr. Stephen Choi

3:00 – 3:30 p.m. – Cross of Dr. Stephen Choi

3:30 – 3:40 p.m. – Re-direct of Dr. Stephen Choi

3:40 – 3:50 p.m. – Re-cross of Dr. Stephen Choi

3:50 – 4:00 p.m. – Break

4:00 – 4:40 p.m. – Direct of Dr. John D. Finnerty

4:40 – 5:10 p.m. – Cross of Dr. John D. Finnerty

5:10 – 5:20 p.m. – Re-direct of Dr. John D. Finnerty

5:20 – 5:30 p.m. – Re-cross of Dr. John D. Finnerty

---

[1] Defendants may reserve up to five minutes of their direct or re-direct time for Dr. Gompers and/or Dr. Choi to re-call Dr. Gompers and/or Dr. Choi at the end of the first hearing day. If Defendants do so, Lead Plaintiffs may reserve up to five minutes of their cross or re-cross time for Dr. Gompers and/or Dr. Choi to use at the end of the first hearing day.

## Day Two – July 26, 2018

10:00 – 11:30 a.m. – Defendants' Argument[2]

11:30 – 11:40 a.m. – Break

11:40 a.m. – 1:10 p.m. – Lead Plaintiffs' Argument

---

[2] Defendants may reserve up to 25 minutes of their argument time for rebuttal. If Defendants do so, Lead Plaintiffs may reserve up to 10 minutes for sur-rebuttal, and Defendants may reserve up to an additional 5 minutes for a reply to Lead Plaintiffs' sur-rebuttal.