July 19, 2018

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Goldman Sachs Group, Inc. Sec. Litig.*, No. 1:10-cv-03461-PAC

Dear Judge Crotty:

We represent court-appointed Lead Plaintiffs, Arkansas Teacher Retirement System, the West Virginia Investment Management Board, and Plumbers and Pipefitters National Pension Fund (collectively, "Plaintiffs") in the above-referenced Action. We write regarding the evidentiary hearing and oral argument scheduled for July 25-26, 2018.

Pursuant to this District's Standing Order M10-468, as revised, dated February 27, 2014, Plaintiffs request the Court's permission to bring the devices listed in the proposed order attached as Exhibit A hereto into the courthouse for use during the above-referenced hearing and oral argument.

Respectfully submitted,

| | |
|---|---|
| LABATON SUCHAROW LLP | ROBBINS GELLER RUDMAN |
| Thomas A. Dubbs |   & DOWD LLP |
| James W. Johnson | Spencer A. Burkholz |
| Michael H. Rogers | Jonah H. Goldstein |
| Irina Vasilchenko | Robert R. Henssler Jr. |
| Jeffrey A. Dubbin | Eric I. Niehaus |
| | Brian E. Cochran |

      s/ Thomas A. Dubbs                      s/ Spencer A. Burkholz
      THOMAS A. DUBBS                    SPENCER A. BURKHOLZ

cc:   All Counsel via ECF