# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 24, 2018

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
   United States District Court,
      Southern District of New York,
         500 Pearl Street, Chambers 1350,
           New York, New York 10007.

     Re:  *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

        In accordance with Rule 7.A.2 of the Court's Individual Practices, please find enclosed two copies of exhibits pre-marked as Defendants' Exhibits L – VVVVV for the evidentiary hearing and oral argument on class certification scheduled for July 25-26, 2018 in the above-referenced action.  Lead Plaintiffs and Defendants agreed to submit each expert report only once, and the expert reports were submitted to the Court on July 18, 2018 as Defendants' Exhibits A – K.  Defendants are also providing copies of the enclosed exhibits to Lead Plaintiffs.

                          Respectfully submitted,

                          /s/ Robert J. Giuffra, Jr.
                          Robert J. Giuffra, Jr.

(Enclosures)

cc:     Thomas A. Dubbs, Esq.
          Spencer A. Burkholz, Esq.