# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 6, 2018

By Hand Delivery and ECF

The Honorable Paul A. Crotty,
    United States District Court,
        Southern District of New York,
            500 Pearl Street, Chambers 1350,
                New York, New York  10007.

Re:  *In re Goldman Sachs Group, Inc. Securities Litigation*, No. 1:10-cv-03461 PAC

Dear Judge Crotty:

I write on behalf of Defendants in the above-referenced action regarding the schedule for completion of briefing on Defendants' summary judgment motion (Dkt. No. 167).

In 2015, Defendants filed their summary judgment motion and Lead Plaintiffs filed their opposition.  Before Defendants' reply papers were due, the U.S. Court of Appeals for the Second Circuit granted Defendants' petition, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal this Court's class certification order, and this Court directed the Clerk of Court "to terminate" Defendants' "summary judgment" motion and "directed" the Parties "to notify the Court if or when" Defendants' summary judgment "motion should be reinstated" (Dkt. No. 177).

In light of this Court's August 14, 2018 grant of Lead Plaintiffs' class certification motion, the Parties are now prepared to complete briefing on Defendants' summary judgment motion.  Having conferred, the Parties: (i) agree that Defendants will stand on their already-filed

The Honorable Paul A. Crotty                                                                                                -2-

opening papers and that Lead Plaintiffs will stand on their already-filed opposition papers; and (ii) jointly propose that Defendants file their reply papers on September 21, 2018, as reflected in the enclosed Stipulation and [Proposed] Order, which the Parties are submitting for the Court's consideration.

Respectfully submitted,

*Robert J Giuffra* /JEC

Robert J. Giuffra, Jr.

(Enclosure)