UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re GOLDMAN SACHS GROUP, INC. SECURITIES LITIGATION | : : : : : : : : : : : | Master File No. 1:10-cv-03461-PAC <br><br> CLASS ACTION <br><br> "ECF Case" <br><br> NOTICE OF NAME CHANGE OF LEAD PLAINTIFF |
| This Document Relates To: <br><br>   ALL ACTIONS. | | |

4878-8476-8518.v1

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that Lead Plaintiff The Plumbers and Pipefitters National Pension Fund is now called United Association National Pension Fund. Please update your records accordingly.

DATED: December 14, 2021

| LABATON SUCHAROW LLP | ROBBINS GELLER RUDMAN |
| --- | --- |
| Thomas A. Dubbs |   & DOWD LLP |
| James W. Johnson | Spencer A. Burkholz |
| Michael H. Rogers | Jonah H. Goldstein |
| Irina Vasilchenko | Robert R. Henssler Jr. |
| | Eric I. Niehaus |
| | Brian E. Cochran |

| s/ James W. Johnson | s/ Spencer A. Burkholz |
| --- | --- |
| JAMES W. JOHNSON | SPENCER A. BURKHOLZ |

140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Co-Lead Counsel for Lead Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 14, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Spencer A. Burkholz
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: spenceb@rgrdlaw.com

4878-8476-8518.v1

# Mailing Information for a Case 1:10-cv-03461-PAC In re Goldman Sachs Group, Inc. Securities Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A. Burkholz**
  spenceb@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **Mark W. Carbone**
  wvjustice@aol.com

- **Brian E Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jacob Eden Cohen**
  cohenja@sullcrom.com,s&cmanagingclerk@sullcrom.com,jacob-e-cohen-2522@ecf.pacerpro.com

- **Jeffrey Aaron Dubbin**
  jdubbin@labaton.com

- **Thomas A. Dubbs**
  tdubbs@labaton.com,lpina@labaton.com,1751297420@filings.docketbird.com,wtsang@labaton.com,echan-lee@labaton.com,electroniccasefiling@labaton.com

- **Christopher James Dunne**
  dunnec@sullcrom.com,s&cmanagingclerk@sullcrom.com,martelj@sullcrom.com,christopher-dunne-5192@ecf.pacerpro.com

- **Theodore Edelman**
  edelmant@sullcrom.com,holtzmanb@sullcrom.com,pierrej@sullcrom.com,Bellwarej@sullcrom.com,ted-edelman-1905@ecf.pacerpro.com,katzmand@sulllcrom.com,Rabinl@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Kenneth A. Elan**
  elanfirm@yahoo.com,jgoldberg@elanlawdc.com

- **Kevin Dugald Galbraith**
  kevin@kevingalbraithlaw.com,filings@galbraithlawfirm.com

- **Robert Joseph Giuffra , Jr**
  giuffrar@sullcrom.com,s&cmanagingclerk@sullcrom.com,robert-giuffra-5298@ecf.pacerpro.com

- **Edward H. Glenn , Jr**
  eglenn@zamansky.com,ecf@zamansky.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sean M. Handler**
  shandler@ktmc.com,snirmul@ktmc.com,5201823420@filings.docketbird.com,rdegnan@ktmc.com,iyeates@ktmc.com,mtroutner@ktmc.com,namjed@ktmc.com,ecf_

- **James Abram Harrod , III**
  Jim.Harrod@blbglaw.com

- **Robert R. Henssler , Jr**
  bhenssler@rgrdlaw.com

- **Christopher J. Keller**
  ckeller@labaton.com,lpina@labaton.com,drogers@labaton.com

- **Richard Howard Klapper**
  klapperr@sullcrom.com,richard-klapper-4547@ecf.pacerpro.com,josepht@sullcrom.com,Bellwarej@sullcrom.com,gottliebal@sullcrom.com,cedenom@sullcrom.com,s&cmanagingclerk@sullcrom.com,Rabi

- **Christopher Lovell**
  clovell@lshllp.com,kessenmacher@lshllp.com,gjacobson@lshllp.com,msrayle@sbcglobal.net,ekroub@lshllp.com,jkrisiloff@lshllp.com,cmooney@lshllp.com,mgalla

- **Julia A Malkina**
  malkinaj@sullcrom.com,julia-malkina-6321@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Craig Anthony Martin**
  cmartin@labaton.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Stuart Notis**
  jnotis@gardylaw.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,david-mj-rein-2809@ecf.pacerpro.com,pierrej@sullcrom.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Michael Howard Rogers**
  mrogers@labaton.com,lpina@labaton.com,smundo@labaton.com,electroniccasefiling@labaton.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Marian Rosner**
  mrosner@wolfpopper.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gerald H. Silk**
  jerry@blbglaw.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Victor E. Stewart**
  victornj@ix.netcom.com

- **Irina Vasilchenko**
  ivasilchenko@labaton.com,lpina@labaton.com,8032137420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Benjamin Robert Walker**
  walkerb@sullcrom.com,s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

- **Jacob H. Zamansky**
  jake@zamansky.com,eglenn@zamansky.com,august@zamansky.com,ecf@zamansky.com,samuel@zamansky.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Charles         A. Germershausen
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632

Catherine       J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

David           C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101
```